JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MEZZLES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-04302-SB-AJR<br><br>ORDER OF DISMISSAL |

　　　Pursuant to the parties' stipulation, Dkt. No. 20, this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Date: January 3, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1